December 18, 2017

Ms. Deana Williamson - Clerk
c/o Court of Criminal Appeals
P.O. Box 12308 - Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2017
Deana Williamson, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
DEC 21 2017
Deana Williamson, Clerk

Re: PD 0657-17

Dear Clerk,

I am in receipt of the Court's ORDER filed November 22, 2017 and mailed November 27, 2017. It was forwarded from "Hospital Galveston" to Beto 1 unit, Palestine, Texas and received on December 12, 2017.

I have been moved again, this time to; Powledge Unit, 1400 FM 3452, Palestine, TX 75803.

Because I was transported by ambulance on ~~October~~ November 16, 2017 to repair a hip fracture; I have been without my property or legal material for over 30 days and because my status has been "in transit" - Texas Department of Criminal Justice has DENIED me access to the Courts and failed to provide me legal or personal indigent supplies.

For the aforementioned reasons, per Rules of Discovery and Open Court Records ~ I would appreciate the Court's forwarding a copy of Appellant's Petition For Discretionary Review, at the earliest opportunity, to State's Attorney and appellant.

1 of 2

Enclosed, please find Appellant, Pro Se, Motion For Time Extension. Petitioner is not a legal professional, appreciates the Honorable Courts opportunity to "redraw the petition" but has been subjected to a complete DENIAL by the State and it's actors; preventing in a timely response; also enclosed Motion FOR LEAVE TO ADD EXTRA PAGES TO P.D.R.

Please notify the court at your earliest opportunity and allow sufficient time for this Appellant, Pro Se, who is indigent, to enter a petition that does not exceed the proper length, OR GRANT THE LEAVE REQUESTED - Please.

Thanking you in advance for your assistance,

Sincerely

Brett David Bogus
TDCJ - 02023182
Powledge Unit ~ 03-32
1400 FM 3452
Palestine, TX 75803

✱ PLEASE NOTE
THE FILE ~ THIS IS
AN ADDRESS CHANGE

